## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

Cleve Dunn, Jr., et al.
Plaintiff

v.

3:24-cv-00521
Civil Action No.

East Baton Rouge Parish, City of Baton Rouge, East Baton Roue Parish Board of Election Supervisors, et al.
Defendant

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

None known.

David Jeddie Smith, Jr., La. Bar 27089
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.