UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEVE DUNN, JR., ET AL.**<br>    **Plaintiffs,** | **CIVIL ACTION NO 3:24-cv-00521** |
| | **HONORABLE SHELLY D. DICK, CHIEF JUDGE** |
|     **v.** | |
| **EAST BATON ROUGE PARISH, ET AL.,**<br>    **Defendants** | **HONORABLE ERIN WILDER-DOOMES, MAGISTRATE JUDGE** |

## MOTION FOR LEAVE TO SUBSTITUTE PLEADING

NOW INTO COURT, through undersigned counsel, comes Defendant, Doug Welborn, in his capacity as Clerk of Court for East Baton Rouge Parish, who respectfully requests this Court to grant leave to substitute the attached Motion to Dismiss, Memorandum in Support, and Proposed Order for the document previously filed on November 6, 2024 as Document 21. The Motion to Dismiss (Rec. Doc. 21) is being substituted solely to correct a filing deficiency.

WHEREFORE, Defendant, Doug Welborn, in his capacity as Clerk of Court for East Baton Rouge Parish, respectfully prays that Court permit the attached Motion to Dismiss to be filed in this matter.

Respectfully submitted on November 7, 2024.

[*Signature and Certificate on following page*]

**SHOWS, CALL & WALSH, L.L.P.**

/s/*John C. Conine, Jr.*
John C. Walsh, La. Bar Roll No. 24903
Jeffrey K. Cody, La. Bar Roll No. 28536
John C. Conine, Jr., La. Bar Roll No. 36834
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email:   john@scwllp.com
              jeffreyc@scwllp.com
              coninej@scwllp.com

*Attorneys for Doug Welborn, in his capacity as Clerk of Court for East Baton Rouge Parish*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of November, 2024, a copy of the foregoing has been served upon all counsel of record via CM/ECF system and has been filed electronically with the Clerk of Court using the CM/ECF system.

/s/ John C. Conine, Jr.
John C. Conine, Jr.