UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CLEVE DUNN, JR., et al
    *Plaintiffs*,

v.

EAST BATON ROUGE PARISH, et al
    *Defendants*.

Civil Action No. 3:24-cv-00521

Honorable Shelly D. Dick, District Judge
Honorable Erin Wilder-Doomes, Magistrate Judge

## ORDER

Considering the *Consent Motion to Voluntarily Dismiss Defendant Doug Welborn* filed by Plaintiffs,

IT IS ORDERED that the Motion is GRANTED. Doug Welborn is hereby dismissed with prejudice, each party to bear their own costs.

Signed this 19th day of November, 2024, in Baton Rouge, Louisiana.

_____
JUDGE