**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

CLEVE DUNN, JR., ET AL                    CIVIL ACTION

VERSUS                                    24-521-SDD-EWD

EAST BATON ROUGE PARISH, ET AL

### ORDER TO STAY AND ADMINISTRATIVELY CLOSE CASE

Pending the United States Supreme Court's decision in *Louisiana v. Callais*, Nos. 24-109, 24-110:

**IT IS ORDERED** that this action is hereby STAYED and ADMINISTRATIVELY CLOSED. Within fourteen (14) days of the Supreme Court's decision in *Callais*, the parties shall jointly file a motion to reopen the case, and each party shall file a brief (not to exceed ten (10) pages) which addresses the impact of *Callais* on this case.

**IT IS FURTHER ORDERED** that The Clerk of Court is to terminate any pending motions during the pendency of this stay. All motions shall be returned to pending status once the stay is lifted and the closure has ended.

Baton Rouge, Louisiana, this 21st day of August, 2025.

SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA