# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEVE DUNN, JR., ET AL** | **CIVIL ACTION NO.  3:24-cv-00521** |
| **VERSUS** | **CHIEF JUDGE DICK** |
| **EAST BATON ROUGE PARISH, CITY OF BATON ROUGE, ET AL.** | **MAGISTRATE JUDGE WILDER-DOOMES** |

## JOINT MOTION TO EXTEND DEADLINES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Chauna Banks, Darryl Hurst, Cleve Dunn, Jr., LaMont Cole, Carolyn Coleman, Lael Montgomery, and Eugene Collins (collectively, "Plaintiffs"), and Defendant, City of Baton Rouge, Parish of East Baton Rouge, *through the Baton Rouge Metropolitan Council* ("Metro Council"), who respectfully move this Honorable Court for an extension of the current deadline for filing a joint motion to reopen this case, for the following reasons to wit:

1.

On August 21, 2025, the Court issued an Order staying and administratively closing the instant case pending a decision from the United States Supreme Court in the matter entitled *Louisiana v. Callais*.[1] The Court further ordered the parties to file a joint motion to reopen the case and to file briefs addressing the impact of *Callais* upon this case within fourteen (14) days of the Supreme Court's decision.

2.

The Supreme Court rendered its decision on April 29, 2026, and accordingly, the parties have until May 13, 2026, to comply with the Court's August 21, 2025, Order.

---

[1]    R. Doc. 32.

3.

The parties have conferred and are in agreement that additional time is needed to adequately analyze and brief the impact of *Callais*. The parties now seek the Court's approval to extend the deadline for filing the joint motion to reopen the case and the briefs ordered by the Court by fourteen (14) days, or until May 27, 2026.

**WHEREFORE**, Plaintiffs, Chauna Banks, Darryl Hurst, Cleve Dunn, Jr., LaMont Cole, Carolyn Coleman, Lael Montgomery, and Eugene Collins, and Defendant, City of Baton Rouge, Parish of East Baton Rouge, *through the Baton Rouge Metropolitan Council*, pray that this motion be GRANTED, and the parties are given an extension of fourteen (14) days, or through May 27, 2026, within which to file the joint motion to reopen the case and to file briefs addressing the impact of *Callais* upon this case as ordered on August 21, 2025.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ William Most*

David Lanser (La. Bar No. 37764)
William Most (La. Bar No. 36914)
Hope Phelps (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Fax: (504) 414-6400
david.lanser@gmail.com
williammost@gmail.com
ATTORNEYS FOR PLAINTIFFS, CHAUNA
BANKS, DARRYL HURST, CLEVE DUNN, JR.,
LAMONT COLE, CAROLYN COLEMAN, LAEL
MONTGOMERY, AND EUGENE COLLINS

- 2 -

AND

BY:    */s/ Christopher J. Vidrine*
      Walt Green (La. Bar Roll No. 27812)
      Christopher J. Vidrine (La. Bar Roll No. 40538)
      II City Plaza | 400 Convention Street, Suite 1100
      Baton Rouge, Louisiana 70802
      Telephone: 225 376 0292
      Facsimile: 225 381 9197
      Email: walt.green@phelps.com
      Email: chris.vidrine@phelps.com

      ATTORNEYS FOR DEFENDANT, CITY OF
      BATON ROUGE, PARISH OF EAST BATON
      ROUGE, THROUGH THE BATON ROUGE
      METROPOLITAN COUNCIL

## CERTIFICATE OF SERVICE

I certify that on May 8, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Christopher J. Vidrine

- 3 -